UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | :   CR No.   20-286 (RBW) |
| **HANALEI AIPOALANI,** | : |
| **Defendant.** | : |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the attorney specified below.   Please send all notices and inquires to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____"/s/"_____
MICHELLE PETERSON
Chief Assistant Federal Public Defender
625 Indiana Ave., NW
Suite 550
Washington, DC   20004
(202) 208-7500
 shelli_peterson@fd.org