UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. Action No. 20-286 (RBW) |
| ) | |
| HANALEI AIPOALANI, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on February 4, 2021, it is hereby

**ORDERED** that the time from February 4, 2021, until March 19, 2021, is excluded under the Speedy Trial Act, in light of the defendant's consent and the need to allow the parties to confer regarding a possible resolution in this case. The defendant shall submit his written consent to this exclusion within ten days. It is further

**ORDERED** that on March 19, 2021, at 2:00 p.m., the parties shall appear before the Court for a plea hearing via videoconference.

**SO ORDERED** this 9th day of February, 2021.

REGGIE B. WALTON
United States District Judge