# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Crim. Action No. 20-286 (RBW) |
| ) | |
| HANALEI AIPOALANI, ) | |
| ) | |
| Defendant.   ) | |

## ORDER

Upon consideration of the defendant's Consent Motion for a Brief Continuance of Sentenc[ing], and for good cause shown, it is hereby

**ORDERED** that the defendant's Consent Motion for a Brief Continuance of Sentenc[ing], ECF No. 20, is **GRANTED**. It is further

**ORDERED** that the sentencing previously scheduled for June 24, 2021, is **CONTINUED** to June 30, 2021, at 3:00 p.m.

**SO ORDERED** this 16th day of June, 2021.

_____
REGGIE B. WALTON
United States District Judge